UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MATTHEW D. SHARAFI,           )
                              )
        Plaintiff             )
                              )
        v.                    )   NO. 3:13-0335
                              )   Judge Campbell/Bryant
U. S. FEDERAL COURTS, et al., )
                              )
        Defendants            )

**TO: THE HONORABLE TODD J. CAMPBELL**

**REPORT AND RECOMMENDATION**

Plaintiff Matthew Sharafi has filed his *pro se* complaint against numerous Defendants along with his application to proceed in District Court without prepaying fees or costs (Docket Entry Nos. 1 and 4). This case was referred to the undersigned Magistrate Judge for customized case management in accordance with Local Rule 16.01 (Docket Entry No. 2).

Upon a review of Plaintiff's application to proceed in District Court without prepaying fees or costs, the undersigned Magistrate Judge found that Plaintiff's application was incomplete in numerous particulars. The undersigned, therefore, directed the Clerk to mail to Plaintiff a blank application and ordered the Plaintiff to complete the application and return it to the Clerk within 30 days (Docket Entry No. 6). The order admonished Plaintiff that if he failed to return the completed application or, in the alternative, failed to pay the required filing fee within 30 days,

the undersigned Magistrate Judge may recommend that the complaint be dismissed.

Despite this order, Plaintiff has failed to return a completed application to proceed without paying costs, and the time period within which he has been ordered to do so has expired. Plaintiff has failed to file an application containing sufficient information to determine whether he is eligible to proceed without paying costs.

For the reasons stated above, the undersigned Magistrate Judge finds that Plaintiff's complaint should be dismissed for his failure to file a completed application to proceed without paying costs or, in the alternative, to pay the required filing fee.

**RECOMMENDATION**

For the reasons stated above, the undersigned Magistrate Judge recommends that Plaintiff's complaint should be dismissed without prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has **14 days** from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have **14 days** from receipt of any objections filed in this Report in which to file any responses to said objections. Failure to file specific objections within **14 days** of receipt of this Report and Recommendation can constitute a waiver of further

appeal of this Recommendation. *Thomas v. Arn*, 474 U.S. 140 106 S. Ct. 466, 88 L.Ed.2d 435 (1985), *Reh'g denied*, 474 U.S. 1111 (1986).

**ENTER** this 12th day of July, 2013.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge
